# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRAINE RUBES,  | : | No. 3:17cv1842 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC., JOHN DOE I-X, and ABC CORP I-X, | : | |
|     Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 29th day of June 2018, defendant's motion for summary judgment (Doc. 25) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff. Defendants John Doe I-X and ABC Corp. I-X are hereby **DISMISSED**.

The Clerk of Court is directed to **CLOSE** this case.

                                            **BY THE COURT**:

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**